

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,058-01

### EX PARTE RYAN DAVID SUZAK, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. F22-4324-462 WHC 1 IN THE 462ND DISTRICT COURT FROM DENTON COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of obstruction or retaliation and sentenced to 12 years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal through no fault of his own, due to a communication error amounting to a breakdown in the system. Based on the record, the trial court agrees.

Relief is granted. *Ex parte Riley,* 193 S.W.3d 900, 901-02 (Tex. Crim. App. 2006). Applicant may file an out-of-time appeal of his conviction in cause number F22-4324-462 from the 462nd District Court of Denton County. It appears that Applicant is represented by counsel. If Applicant

is not represented by counsel, then within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: November 27, 2024
Do not publish